Date:  03/17/10                                                                                Page: 1

## DIVIDENDS REMITTED TO THE COURT

Check Number 1018 Dated 03/17/10

Case Number 07-41601 - KOPE, PAUL MARTIN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **CHASE BANK USA NA** | 000018 | 165.00 | 3.89 |
| **PO BOX 15145** | | | |
| **WILIMINGTON DE 19850 5145** | | | |
| | | 165.00 | 3.89 |

----------- Remittance Total ---------------

TIMOTHY D. MORATZKA, Trustee

Printed: 03/17/10 09:29 AM   Ver: 15.06b

COURT1